```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

VICKIE P. THOMAS,                    :

    Plaintiff,                     :

vs.                                  :
                                CIVIL ACTION 09-0225-M

MICHAEL J. ASTRUE,                   :
Commissioner of
Social Security,                     :

    Defendant.                     :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in Defendant Michael J. Astrue and against Plaintiff Vickie P. Thomas.

DONE this 28th day of October, 2009.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE